IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACKIE DON WHITE, ET AL.,                    No. CIV S-04-2698 MCE DAD P

      Plaintiffs,

  v.                                            ORDER

RICHARD DANGLER, ET AL.,

      Defendants.
                                   /

    Plaintiff Jackie Don White, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983 for himself, his wife, and his brother. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    The action has been deemed to be a civil action brought solely by Jackie Don White.

///

///

///

On July 13, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff Jackie Don White and which contained notice to him that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed July 13, 2005, are adopted in full;

2.  Plaintiff's federal claims are dismissed on the grounds that they are legally frivolous and fail to state a claim upon which relief may be granted;

3.  The court declines to exercise supplemental jurisdiction over plaintiff's state claims; and

4.  This action is dismissed.

DATED: August 18, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE